MARGARET PAPE v. MARY ANN PESANELLO.

June 26, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. STEPHEN ADAMS.

June 26, 1979.  Petition for certification denied.

VINCENT CAPACI, SR.

v.

NEPTUNE'S ENTERPRISES, INC.

June 26, 1979.  Petition for certification denied.

VIOLA GLADDEN v. CADILLAC MOTOR CAR DIVISION.

June 26, 1979.  Petition for certification granted.

COMMONWEALTH LAND TITLE INSURANCE CO.

v.

ERNEST G. TOPPING.

June 26, 1979.  Petition for certification denied.  (See 167 *N.J.Super.* 392)

COMMONWEALTH LAND TITLE INSURANCE CO.

v.

ERNEST G. TOPPING.

June 26, 1979.  Cross-petition for certification denied.  (See 167 *N.J.Super.* 392)